B1 (Official Form 1) (1/08)

# United States Bankruptcy Court
## District of Oregon

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Teufel Nursery, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**Teufel Landscape** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **93-0588073** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**8354 SW Nimbus Ave**<br>**Bldg 2**<br>**Beaverton, OR**    ZIPCODE **97008** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):    ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Washington** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**100 SW Miller Rd**<br>**Portland, OR**    ZIPCODE **97225-6130** | Mailing Address of Joint Debtor (if different from street address):    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**8354 SW Nimbus Ave, Bldg 2, Beaverton, OR**    ZIPCODE **97008** | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>_____<br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7       ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☑ Chapter 11       Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>                          Nonmain Proceeding<br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☑ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Teufel Nursery, Inc.** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____
Signature of Attorney for Debtor(s)        Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
  ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Teufel Nursery, Inc.** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ Signature of Foreign Representative _____ Printed Name of Foreign Representative _____ Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
| X */s/ Robert J Vanden Bos* Signature of Attorney for Debtor(s) **Robert J Vanden Bos 78100 Vanden Bos & Chapman 319 SW Washington Ste 520 Portland, OR 97204** **June 24, 2009** Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address |
| **Signature of Debtor (Corporation/Partnership)** | X _____ Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. _____ Date |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X */s/ Lawrence A. Teufel* Signature of Authorized Individual **Lawrence A. Teufel** Printed Name of Authorized Individual **President** Title of Authorized Individual **June 24, 2009** Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. |
| | ) | |
| **Teufel Nursery, Inc.** | ) | **EXHIBIT "C-1"** |
| | ) | |
| | ) | [NOTE: Must be <u>FULLY</u> completed by <u>ALL</u> |
| Debtor(s) | ) | Debtors, and attached to <u>ALL</u> copies of the Petition.] |

**(NOTE: You must answer ALL questions. Attach additional sheets if necessary. Use of "UNKNOWN" is <u>NOT</u> acceptable!)**

1. DESCRIBE ASSETS REQUIRING TRUSTEE'S IMMEDIATE ATTENTION:

   **Plant inventory needs daily care**

2. Street address and description of principal assets:

   **8354 SW Nimbus Ave
   Bldg 2
   Beaverton, OR 97008**

   **Principal Assets:  Nursery business and related equipment, inventory of live plants and accounts receivable**.


3. **The BANKRUPTCY DOCUMENT PREPARER DECLARATION below has been completed for any person who helped, for compensation, prepare any of the bankruptcy papers if the debtor does <u>not</u> have an attorney.**

I declare under penalty of perjury that the above information provided in this Exhibit "C-1" is true and correct.


Date: <u>June 24, 2009</u>     <u>/s/ Lawrence A. Teufel, President          </u>
                              Debtors Signature                    Phone #

_____
Joint Debtor's Signature

**BANKRUPTCY DOCUMENT PREPARER DECLARATION**

**I, the undersigned, declare under penalty of perjury that (1) neither I, nor anyone else listed herein, collected or received any payment from or on behalf of the debtor for court fees in connection with filing the petition; (2) I have received $_____ from or on behalf of the debtor within the previous 12 month period; (3) $_____ is the unpaid fee charged to the debtor; and (4) the following is true and accurate about myself and any other assistants:**

Individual Name <u>and</u> Firm (Type or Print): _____

Address (Type or Print): _____

Last 4 digits of Social Security Number of all OTHER individuals who prepared or assisted in the preparation of these bankruptcy documents: _____

Signature: _____ Last 4 digits of Social Secutiy #: _____ Phone#: _____

**[NOTE: Penalties up to $500 per item may be assessed for omission of any required information (11 USC §110; 18 USC §156) and Fed. Bankruptcy Rule 1006 prohibits any payment to any person for services until the court filing fees are paid in full.]**

EXHIBIT C-1 (8/8/08)

**United States Bankruptcy Court**
**District of Oregon**

**IN RE:**                                                                                                  Case No. _____

**Teufel Nursery, Inc.**_____  Chapter **11**_____
                                                              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................. $ _____**Hourly*** 

   Prior to the filing of this statement I have received ............................................................. $ _____**32,500.00**

   Balance Due ............................................................................................................. $ _____

2. The source of the compensation paid to me was:  ☐ Debtor  ☑ Other (specify): **Lawrence A. Teufel**

3. The source of compensation to be paid to me is:  ☐ Debtor  ☑ Other (specify): **Lawrence A. Teufel**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

   **See Continuation Statement Attached.**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**June 24, 2009**_____                    */s/ Robert J Vanden Bos*_____
              Date                                                **Robert J Vanden Bos 78100**
                                                                              **Vanden Bos & Chapman**
                                                                              **319 SW Washington Ste 520**
                                                                              **Portland, OR  97204**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

<u>In re Teufel Nursery, Inc.</u>;
Chapter 11 Bankruptcy Case No. _____
Disclosure of Compensation of Attorney for Debtor
Page 1 of 1

Statement No. 5.

*Debtor has agreed to pay an hourly rate for all pre and post-petition services. Terms and hourly rates are disclosed in Attorney/Client Fee Agreement on file with the Court which includes payment of earned on receipt retainer of $75,000.00, but also provides the Vanden Bos & Chapman, LLP has the option to proceed without full payment of the retainer.

Thirty-Two Thousand, Five Hundred Dollars of the intended retainer was paid to Vanden Bos & Chapman, LLP prior to filing. Lawrence A. Teufel has indicated an intention to pay the remaining Thirty-Two Thousand, Five Hundred Dollars subsequent to the Petition Date on a voluntary basis. Vanden Bos & Chapman, LLP has no agreement with Mr. Teufel to require such payment and will assert no claim against him if such payment is not made, but will continue as counsel in the case without such payment under its options in the Fee Agreement to proceed without payment in full of the agreed retainer by the Debtor. The retainer is deemed earned on receipt. The source of the retainer funds are from Lawrence A. Teufel's personal funds.

## United States Bankruptcy Court
### District of Oregon

**IN RE:**                                                              Case No. _____

**Teufel Nursery, Inc.**                                                 Chapter **11**

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Pacific Topsoils, Inc.**<br>805 80th St SW<br>Everett, WA  98203-6216 | **Jim McSpadden**<br>(425) 337-2700 | **Trade debt** | | 630,013.42 |
| **Red Bark, Inc.**<br>19561 Morrie Dr<br>Oregon City, OR  97045-7268 | **Lupe Jimenes (Owner)**<br>(503) 722-5910 | **Trade debt** | | 406,503.71 |
| **Teufel Properties LLC**<br>100 SW Miller Rd<br>Portland, OR  97225-6130 | **Larry Teufel**<br>(503) 646-1111 | **Trade debt** | | 238,265.66 |
| **H. D. Fowler Co.**<br>PO Box 160<br>Bellevue, WA  98009-0160 | **Tammy Jacobsen**<br>(800) 487-5290 | **Trade debt** | | 205,767.92 |
| **Willamette Tree Wholesale, Inc.**<br>33366 S Dryland Rd<br>Molalla, OR  97038-9538 | **Ray Gannon**<br>(503) 759-3901 | **Trade debt** | | 113,915.00 |
| **United Pipe**<br>PO Box 6326<br>Portland, OR  97228-6326 | **Tracy Martin**<br>(503) 772-6223 | **Trade debt** | | 79,776.22 |
| **Red-E-Topsoil**<br>18816 NE 80th St<br>Redmond, WA  98052-3372 | **Vicki Welch**<br>(425) 868-6500 | **Trade debt** | | 79,616.70 |
| **Hertz Equipment Rental**<br>14501 Hertz Quail Springs Pkwy<br>Oklahoma City, OK  73134-2628 | **Diane Lee**<br>(405) 775-6862 | **Trade debt** | | 75,165.71 |
| **Wichita Nursery**<br>9413 S Heinz Rd<br>Canby, OR  97013-9348 | **Jim Brown (Owner)**<br>(503) 651-2279 | **Trade debt** | | 68,071.95 |
| **American Hydrotech, Inc.**<br>303 E Ohio St<br>Chicago, IL  60611-3373 | **Nathan Griswold**<br>(312) 337-4998 | **Trade debt** | | 65,668.75 |
| **Rick Christensen**<br>8354 SW Nimbus Ave Bldg 2<br>Beaverton, OR  97008-6444 | **Rick Christensen**<br>(503) 646-1111 | **Trade debt** | | 63,550.29 |
| **Jubitz**<br>MSC 45439<br>PO Box 6989<br>Portland, OR  97228-6989 | **John Birrell (CFO)**<br>(503) 240-5867 | **Trade debt** | | 57,166.38 |
| **Hochstein Nursery LLC**<br>38100 SW Gnos Rd<br>Cornelius, OR  97113-6051 | **Ron Hochstein (Owner)**<br>(503) 357-5651 | **Trade debt** | | 57,051.60 |
| **Applied Organics**<br>PO Box 339<br>Carnation, WA  98014-0339 | **Steve Scott**<br>(425) 844-9292 | **Trade debt** | | 53,703.67 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---:|
| **Utility Vault**<br>**File #72477-020**<br>**PO Box 60000**<br>**San Francisco, CA  94160-0001** | **Phillip Bringhurst**<br>**(503) 682-2844** | **Trade debt** | 51,674.00 |
| **T H Belcher Nursery**<br>**33755 SE Bluff Rd**<br>**Boring, OR  97009-9765** | **Royce or Corey Belcher**<br>**(503) 663-3593** | **Trade debt** | 47,823.95 |
| **NL Jacobsen Concrete**<br>**3700 SW Trail Rd**<br>**Tualatin, OR  97062-8799** | **Nick Jacobsen**<br>**(503) 638-5757** | **Trade debt** | 44,541.00 |
| **Petrocard**<br>**PO Box 34243**<br>**Seattle, WA  98124-1243** | **Keith Ross**<br>**(509) 888-0842** | **Trade debt** | 41,334.23 |
| **Kaiser Foundation Health Plan**<br>**PO Box 34178**<br>**Seattle, WA  98124-1178** | **Callie A. Meier**<br>**(503) 813-9990** | **Trade debt** | 37,428.76 |
| **Hazenberg Dairy**<br>**5828 Champoeg Rd NE**<br>**Saint Paul, OR  97137-9641** | **Cindy**<br>**(503) 593-8914** | **Trade debt** | 32,062.50 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **June 24, 2009**        Signature: ***/s/ Lawrence A. Teufel***

**Lawrence A. Teufel, President**

(Print Name and Title)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Robert J Vanden Bos OSB #78100
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon  97204
TELEPHONE:  (503) 241-4869
FAX: (503) 241-3731

    Of Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | ) | Case No. _____ |
|---|---|---|
| | ) | |
| Teufel Nursery, Inc. | ) | CERTIFICATE OF SERVICE |
| | ) | RE U.S. TRUSTEE |
| Debtor-in-Possession. | ) | |

    I hereby certify that on June 24, 2009, I prepared a copy of the List of Creditors Holding 20 Largest Unsecured Claims and have carefully compared the same with the original thereof and it is a correct copy therfrom and of the whole thereof.  I further certify that this office prepared legal -sized envelopes, postage prepaid, addressed to Debtor, Debtor's Attorney and each contact person for each creditor listed in the List of Creditors Holding 20 Largest Unsecured Claims.

    I hereby certify that I served the above on the U.S. Trustee, 620 SW Main Street, Rm. 213, Portland, OR  97205, by mailing a copy of the above-named document and envelopes to the U.S. Trustee in a sealed envelope, addressed to the U.S. Trustee at the U.S. Trustee's last known address.  Said envelope was deposited in the Post Office at Portland, Oregon, on the below date, postage prepaid.

    Dated:  June 24, 2009

                      Respectfully submitted;

                      VANDEN BOS & CHAPMAN, LLP

                      By:/s/Robert J Vanden Bos
                         Robert J Vanden Bos, OSB #78100
                         Of Attorneys for Debtor-in Possession

Page 1 of 1 -   CERTIFICATE OF SERVICE RE U.S. TRUSTEE

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869