Robert J Vanden Bos OSB #78100
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
TELEPHONE: (503) 241-4869
FAX: (503) 241-3731

    Of Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | ) | Case No. 09-34880-elp11 |
|---|---|---|
| Teufel Nursery, Inc. | ) ) ) ) | DEBTOR-IN-POSSESSION'S EXHIBIT LIST |
| Debtor-in-Possession. | ) | |

| No. | DOCUMENT | DATE |
|---|---|---|
| 1 | **ROBERT J VANDEN BOS** - Declaration in Support of Debtor's Motion for Interim Order Authorizing Use of Cash Collateral (**Docket 123**) | 08/21/09 |
| 2 | **TEUFEL, LAWRENCE A.** - Declaration in Support of Debtor's Motion for Interim Order Authorizing Use of Cash Collateral Regarding Asset Values and Possible Erosion of Collateral Values (**Docket 122**) | 08/21/09 |
| 3 | **TEUFEL, LAWRENCE A. - SUPPLEMENTAL**: Declaration in Support of Debtor's Motion for Interim Order Authorizing Use of Cash Collateral Regarding Asset Values and Possible Erosion of Collateral Values (**Docket 241**( | 10/22/09 |
| 4 | **SICKLER, JAY** - Declaration in Support of Debtor's Motion for Interim Order Authorizing Use of Cash Collateral (**Docket 124**) | 08/21/09 |
| 5 | **SICKLER, JAY - SUPPLEMENTAL**: Declaration in Support of Debtor's Motion for Interim Order Authorizing Use of Cash Collateral (**Docket 235**) | 10/22/09 |

Page 1 of 2 -   DEBTOR-IN-POSSESSION'S  EXHIBIT LIST

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

| No. | DOCUMENT | DATE |
|---|---|---|
| 6 | **WILLS, RACHEL (APPRAISER) Nursery Inventory:** Declaration of Rachel Wills in Support of Debtor's Motion for Interim Order Authorizing Use of Cash Collateral (**Docket 238**) | 10/22/09 |
| 7 | **OKONESKI, BRETT (REAL PROPERTY APPRAISER):** Declaration of Brett Okoneski (**Docket 237**) | 10/22/09 |

**Rebuttal and/or Impeachment Exhibits.**

Debtor reserves the right to submit additional exhibits at the time of trial for purposes of impeachment and/or rebuttal.

        Respectfully submitted;

        VANDEN BOS & CHAPMAN, LLP

        By:/s/Robert J Vanden Bos
           Robert J Vanden Bos, OSB #78100
           Of Attorneys for Debtor-in-Possession

Page 2 of 2 -   DEBTOR-IN-POSSESSION'S  EXHIBIT LIST

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869


In re Teufel Nursery, Inc.;
Chapter 11 Bankruptcy Case No. 09-34880-elp11

CERTIFICATE - TRUE COPY

DATE:       October 26, 2009

DOCUMENT:   DEBTOR-IN-POSSESSION'S EXHIBIT LIST

   I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

   I hereby certify that I served a copy of the foregoing on:

| | | |
|---|---|---|
| Teufel Nursery, Inc.<br>Attn: Larry Teufel<br>100 SW Miller Rd.<br>Portland, OR  97225 | IKON Financial Services<br>Recovery & Bankruptcy Group<br>3920 Arkwright Road, Ste. 400<br>Macon, GA 31210 | Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 |
| Christopher J. Kayser<br>LARKINS VACURA LLP<br>621 SW Morrison St., Ste. 1450<br>Portland, OR  97205 | TriMet<br>Attn: Tamara Lesh<br>Deputy General Counsel<br>710 NE Holladay Street<br>Portland, OR 97232 | H.D. Fowler Company<br>c/o Tammy Jacobson,<br>Chairperson<br>PO Box 160<br>Bellevue, WA 98009 |
| Bankruptcy Administration<br>IKON Financial Services<br>1738 Bass Road<br>P. O. Box 13708<br>Macon, GA 31208-3708 | Ky Fullerton<br>Umpqua Holdings Corporation<br>1 S.W. Columbia Street, Suite 1400<br>Mail Code 030-14-SPAD<br>Portland, Oregon 97258 | Caterpillar Financial Svcs Corp.<br>ATTN: Ms. Aya Gale<br>RAY QUINNEY & NEBEKER P.C.<br>36 South State Street, 14th Floor<br>P.O. Box 45385<br>Salt Lake City, Utah 84145-0385 |

by mailing a copy of the above-named document to each of them in a sealed envelope, addressed to each of them at his or her last known address.  Said envelopes were deposited in the Post Office at Portland, Oregon, on the below date, postage prepaid.

The following were served electronically by the Court:

U.S. Trustee, Leo D. Plotkin, Richard J. Parker, Jan D. Sokol, William L. Larkins, Douglas P. Cushing, Douglas R. Pahl, Paul Connolly and Zachary Mosner

   Dated:  October 26, 2009

                         VANDEN BOS & CHAPMAN, LLP


                         By:/s/Robert J Vanden Bos
                             Robert J Vanden Bos, OSB #78100
                             Of Attorneys for Debtor-in-Possession