Robert J Vanden Bos OSB #78100
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
TELEPHONE: (503) 241-4869
FAX: (503) 241-3731

    Of Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | ) Case No. 09-34880-elp11 |
| | ) |
| Teufel Nursery, Inc., | ) TEUFEL NURSERY, INC.'S |
| | ) DESIGNATION OF WITNESSES |
|     Debtor-in-Possession. | ) |

Debtor-in-Possession, Teufel Nursery, Inc. ("Debtor"), hereby designates and reserves the right to call the following witnesses, set forth below, at the hearing on the Debtor's Motion for Use of Cash Collateral (Docket No. 174) set for hearing on October 29, 2009 at 9:00 a.m.

The testimony of Lawrence A. Teufel, Jay Sickler, Rachel Wills and Brett Okoneski will be offered via written witness statements already filed with the Court, but Debtor reserves the right to elicit additional testimony on direct examination to supplement the witness statements.

    1.    **Lawrence A. Teufel**. President of Teufel Nursery, Inc. Witness Statements are **Docket Nos. 124 and 234.**

    2.    **Jay Sickler**. CPA and Shareholder of Cogence Group, PC. Witness Statements are **Docket Nos. 124 and 235**).

Page 1 of 2 -   TEUFEL NURSERY, INC.'S DESIGNATION OF WITNESSES
VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

3. **Rachel Wills.**  Nursery Stock Appraiser.  Witness Statement is **Docket No. 238**.

4. **Brett Okoneski**.  Real Property Appraiser.  Witness Statement is **Docket No. 237**.

5. **Thomas Renn.**  Bankruptcy Trustee.

6. **Donald Hauenstein**.  CEO of Teufel Nursery, Inc.

Teufel Nursery, Inc. reserves the right to cross-examine any witness presented by Textron Financial Corporation, or presented by another party.

Teufel Nursery, Inc. reserves the right to call additional witnesses for impeachment or rebuttal purposes.

          VANDEN BOS & CHAPMAN, LLP


          By:/s/Robert J Vanden Bos
             Robert J Vanden Bos, OSB #78100
             Of Attorneys for Debtor-in-Possession

Page 2 of 2 -   TEUFEL NURSERY, INC.'S DESIGNATION OF WITNESSES
VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

<u>In re  Teufel Nursery, Inc.</u>;
Chapter 11 Bankruptcy Case No. 09-34880-elp11

CERTIFICATE - TRUE COPY

DATE:        October 26, 2009

DOCUMENT:  DEBTOR-IN-POSSESSION'S  WITNESS LIST

    I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of the foregoing on:

| | | |
|---|---|---|
| Teufel Nursery, Inc.<br>Attn:  Larry Teufel<br>100 SW Miller Rd.<br>Portland, OR  97225 | IKON Financial Services<br>Recovery & Bankruptcy Group<br>3920 Arkwright Road, Ste. 400<br>Macon, GA 31210 | Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 |
| Christopher J. Kayser<br>LARKINS VACURA LLP<br>621 SW Morrison St., Ste. 1450<br>Portland, OR  97205 | TriMet<br>Attn:  Tamara Lesh<br>Deputy General Counsel<br>710 NE Holladay Street<br>Portland, OR 97232 | H.D. Fowler Company<br>c/o Tammy Jacobson,<br>Chairperson<br>PO Box 160<br>Bellevue, WA 98009 |
| Bankruptcy Administration<br>IKON Financial Services<br>1738 Bass Road<br>P. O. Box 13708<br>Macon, GA 31208-3708 | Ky Fullerton<br>Umpqua Holdings Corporation<br>1 S.W. Columbia Street, Suite 1400<br>Mail Code 030-14-SPAD<br>Portland, Oregon 97258 | Caterpillar Financial Svcs Corp.<br>ATTN: Ms. Aya Gale<br>RAY QUINNEY & NEBEKER P.C.<br>36 South State Street, 14th Floor<br>P.O. Box 45385<br>Salt Lake City, Utah 84145-0385 |

by mailing a copy of the above-named document to each of them in a sealed envelope, addressed to each of them at his or her last known address.  Said envelopes were deposited in the Post Office at Portland, Oregon, on the below date, postage prepaid.

The following were served electronically by the Court:

U.S. Trustee, Leo D. Plotkin, Richard J. Parker, Jan D. Sokol, William L. Larkins, Douglas P. Cushing, Douglas R. Pahl, Paul Connolly and Zachary Mosner

    Dated:  October 26, 2009

                                VANDEN BOS & CHAPMAN, LLP


                          By:<u>/s/Robert J Vanden Bos</u>
                             Robert J Vanden Bos, OSB #78100
                             Of Attorneys for Debtor-in-Possession